UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

NHU TRAN,                          )
                                   )
          Plaintiff,               )
                                   )
     v.                            )     1:17CV870
                                   )
CEMPRA, INC., et al.,              )
                                   )
          Defendant.               )

## ORDER DISMISSING ACTION WITHOUT PREJUDICE
## FOR FAILURE TO OBTAIN SERVICE

The record in this action indicates that Plaintiff has not obtained service upon any of the Defendants in this action within 90 days after filing of the complaint. Plaintiff has been given notice of this failure and advised that failure to respond within 14 days will result in the action being dismissed without prejudice. (Doc. 2.) Plaintiff has failed to respond. Therefore,

IT IS ORDERED that, not having demonstrated good cause why such service was not made within the period, this action is DISMISSED WITHOUT PREJUDICE as to all Defendants.

　　　　　　　　　　　　　　　　　　  /s/   Thomas D. Schroeder
　　　　　　　　　　　　　　　　　　United States District Judge

January 30, 2018